JAP:DKK

15 M 0131

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | **C O M P L A I N T** |
| - against - | (21 U.S.C. §§ 952(a) and 960) |
| FRANCHESCA CIASTON, | |
| Defendant. | |

-------------------------------X

EASTERN DISTRICT OF NEW YORK, SS:

THOI NGUYEN, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Justice, Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

Upon information and belief, on or about February 25, 2015, within the Eastern District of New York and elsewhere, the defendant FRANCHESCA CIASTON did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and belief are as follows:[1]

1.      On or about February 25, 2015, the defendant FRANCHESCA CIASTON arrived at John F. Kennedy International Airport in Queens, New York ("JFK"), aboard Delta flight number 478 from Atlanta. The defendant FRANCHESCA CIASTON

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

had originally entered the country on a flight from Panama to Atlanta, and then proceeded from Atlanta to JFK.

2. On or about February 25, 2015, DEA agents observed the defendant FRANCHESCA CIASTON waiting in the baggage claim area at JFK. The defendant appeared to be nervous. As the defendant's suitcase was coming out to the baggage claim area, a New York / New Jersey Port Authority canine alerted to the odor of narcotics coming from the defendant's suitcase. When the suitcase arrived at the baggage carousel, the defendant FRANCHESA CIASTON took the suitcase, threw out the baggage tag, and walked quickly to the exit.

3. DEA agents approached the defendant FRANCHESCA CIASTON before she left the terminal and asked for her consent to search her suitcase. The defendant FRANCHESCA CIASTON voluntarily gave consent for that search. An examination of the defendant FRANCHESCA CIASTON's suitcase revealed a flat package, which appeared to be an aluminum bag containing white powder, inserted in the lining of the back of the suitcase. A field-test of the package was positive for cocaine. The total approximate gross weight of the cocaine was 3100 grams. The defendant FRANCHESCA CIASTON was then placed under arrest.

4. After being placed under arrest, the defendant FRANCHESCA CIASTON was advised of her Miranda rights. The defendant stated that she understood her rights, and she waived her rights and agreed to speak with law enforcement agents without an attorney present. The defendant then stated, in sum and substance and in part, that she believed she was carrying illegal drugs, which she had received while she had been in Panama.

WHEREFORE, your deponent respectfully requests that the defendant FRANCHESCA CIASTON be dealt with according to law.

Dated:  Brooklyn, New York
        February 26, 2015

_____
THOI NGUYEN
Special Agent
United States Drug Enforcement Administration

Sworn to before me this
26th day of February, 2015

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK