# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-181M__
2) Defendant's Name: __Ciaston, Franchesca__
   (Last) (First) (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No  Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: _X_Yes ___No  Date/Time: __2/26/15__
10) Detention Hearing Held:___ Bail set at: __$50,000__ ROR Entered:___ POD Entered:___
11) Temporary Order of Detention Entered:___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __David Kessler__
14) DEFENSE COUNSEL'S NAME: __Michael Schneider__
    Address: _____
    Bar Code: _____ CJA:___ FDNY:_X_ RET:___
    Telephone Number:(___) _____
15) LOG #: __3:24 - 3:42__  MAG. JUDGE: __Mann__
16) _✓_ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    _2_ Additional surety (ies) to co-sign bond by __father by 2/27/15 + mother by 3/5/15__

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE