SA:DKK
F. #2015R00424

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FRANCHESCA CIASTON,

          Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 15-00120

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1), and 960(b)(3); 18 U.S.C. §§ 2 and 3551 et seq.)

CHEN, J.
SCANLON, M.J.

FILED
CLERK
2015 MAR 18 PM 4:16
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Cocaine)

On or about February 25, 2015, within the Eastern District of New York and elsewhere, the defendant FRANCHESCA CIASTON, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT TWO
(Possession of Cocaine with Intent to Distribute)

On or about February 25, 2015, within the Eastern District of New York, the defendant FRANCHESCA CIASTON, together with others, did knowingly and intentionally

possess with intent to distribute a controlled substance, which offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

– *against* –

*FRANCHESCA CIASTON*,

Defendant.

# INDICTMENT

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 952(a), 960(a)(1),
and 960(b)(3); 18 U.S.C. §§ 2 and 3551 et seq.)

*A true bill.*

_____                    _____
                                                                    *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                    *Clerk*

*Bail, $* _____

_____

*David K. Kessler, Assistant U.S. Attorney (718-254-7202)*