# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _Marilyn Go_ DATE : _3/27/15_

DOCKET NUMBER: _15 CR 120 (PKC)_ LOG # : _11:27 - 11:29_

DEFENDANT'S NAME : _Franchesca Ciaston_

___ Present ___ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL : _Michael Schneider_

✓ Federal Defender ___ CJA ___ Retained

A.U.S.A: _David Kessler_ DEPUTY CLERK : _Guryuen_

INTERPRETER : _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to _____

_____ Defendant was released on _____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay entered. Code Type_____ Start_____ Stop _____

✓ Order of Speedy Trial entered. Code Type_____ Start _3/27_ Stop _4/13/15_.

_____ Defendant's first appearance. ✓ Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER _____ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for _4/13_ @ _12:30pm_ before Judge _Chen_

OTHERS : _____

_____

_____

[illegible] (PKC)

[illegible]