**DOCKET NUMBER**:   15 CR 120 (PKC)

<b>CRIMINAL CAUSE FOR</b> STATUS CONFERENCE

**BEFORE JUDGE**: PAMELA K. CHEN, USDJ   **DATE:** 6/25/2015   **TIME IN COURT** 0 HRS 5 MINS

**DEFENDANT'S NAME**:   FRANCHESCA CIASTON          **DEFENDANT #**   1
X  Present         ❏   Not Present         ❏   Custody         X   Not In Custody

**DEFENSE COUNSEL**:   MICHAEL SCHNEIDER
X   Federal Defender         ❏ CJA         ❏   Retained


**A.U.S.A.**: DAVID KESSLER                    **COURTROOM DEPUTY:**   F. Abdallah
**COURT REPORTER:** Anthony Frisolone          **INTERPRETER:**   N/A

- ❏   Arraignment
- ❏   Change of Plea Hearing
- ❏   In Chambers Conference
- ❏   Pre Trial Conference
- ❏   Initial Appearance
- **X   *Status Conference***

- ❏   Revocation of Probation non contested
- ❏   Revocation of Probation contested
- ❏   Sentencing non-evidentiary
- ❏   Sentencing Contested
- ❏   Revocation of Supervised Release evidentiary
- ❏   Revocation of Supervised Release non-eviden.

**TEXT**

Case called.  Next conference scheduled for 6/25/2015, at 10:00 a.m., in courtroom 4F North.  Defendant's bond conditions modified to allow deft to travel to California, with consent of pretrial, for court purposes.  Deft to notify pretrial one week in advance and provide pretrial with her itinerary.  Time excluded in the interest of justice from 6/3/15 to 6/25/15.