**DOCKET NUMBER**:   15 CR 120 (PKC)
                                **CRIMINAL CAUSE FOR PLEA HEARING**

**BEFORE JUDGE**: PAMELA K. CHEN, USDJ   **DATE:** 6/25/2015   **TIME IN COURT** 0 HRS 30 MINS

**DEFENDANT'S NAME**:   FRANCHESCA CIASTON       **DEFENDANT #** 1
X  Present        ❏    Not Present        ❏    Custody       X  Not In Custody

**DEFENSE COUNSEL**: MICHAEL SCHNEIDER
❏   Federal Defender      ❏ CJA         X    Retained

**A.U.S.A.**: DAVID KESSLER          **COURTROOM DEPUTY:** F. Abdallah
**COURT REPORTER:** Linda Marino      **INTERPRETER:** N/A

| | | |
|---|---|---|
| ❏ | Arraignment | ❏ Revocation of Probation non contested |
| X | *Change of Plea Hearing* | ❏ Revocation of Probation contested |
| ❏ | In Chambers Conference | ❏ Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | ❏ Sentencing Contested |
| ❏ | Initial Appearance | ❏ Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | ❏ Revocation of Supervised Release non-eviden. |

**TEXT**

Case called.  Deft sworn, informed of rights, and waives trial before District Court.  Deft enters a guilty plea to counts 1 and 2 of the Indictment.  Court accepts guilty plea.  Sentencing scheduled for 10/1/2015, at 11:00 a.m.  Deft continued on bond.